United States
of
America

                    Case number
   v.                 17-226

Eric Grinder

Motion to release seized property not subject to forfeiture

                                    Eric Grinder 63058-037
                                    Federal Correctional Complex
                                    P.O. Box 1000
                                    Petersburg, VA 23804

During the search of the case at hand Homeland Security seized two Samsung smartphones, a playstation 4, a Toshiba laptop computer, and a fireproof safe. During trial the government only used evidence from one of the Samsung phones, "SM-G900V" with an IMEI number "990004495000428". Trial Transcripts (TR) Vol I, p. 36:22, p. 37:12. The only other seized item used as evidence was the Toshiba laptop, serial number "1A112898Q". TR. Vol I, p. 39:10. The other Samsung smartphone, Playstation 4, and safe were not used or even mentioned during trial. The seized safe has family heirlooms that are priceless as well as savings bonds. These items should be given back to the defendant's family. During sentencing Judge Blake laid out the forfeited items:

> "I have an order of forfeiture in front of me for certain specific property, being the Toshiba computer and the Samsung smartphone." Sentencing, p. 46:16-20.

The safe and it's contents cannot be replaced, Homeland Security has made no effort to return the seized property. This court should order the return of the seized property that was not subject to forfeiture. Heidi Grinder is listed as certificate of service, it is the request the seized property be returned to her since the defendant is in prison. Any ruling on this matter she should be served as well.

Thank you
Respectfully submitted

Eric Grinder   63058-037
Federal Correctional Complex
P.O. Box 1000
Petersburg, VA 23804

# CERTIFICATE OF SERVICE

I, _Eric Grinder_, hereby certify that on _12-1-2021_, I
    [name]                                        [date]

served copies of _motion to release seized property_
                        [name of document]

on the following parties by way of _U.S. Mail_ :
                                    [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

Heidi Grinder
18520 Drayton Hall Rd
Unit #1
Lewes, DE 19958

_12-1-2021_                          _[signature]_
Date                                 Signature

(Rev 10/03)

Eric Grinder 63056-037
Federal Correctional Complex
PO Box 1000
Petersburg, VA 23804

RICHMOND VA 230
1 DEC 2021 PM 3

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 07 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States District Court
101 West Lombard Street
Baltimore, MD 21201

21201-262915

Case 1:21-cv-03123-CCB   Document 1   Filed 12/07/21   Page 6 of 6